**DENIED and Opinion Filed June 7, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00673-CV**

**IN RE UNITED RENTALS NORTH AMERICA, INC., Relator**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04449**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Carlyle

Before the Court are relator's June 4, 2024 petition for writ of mandamus and emergency motion for temporary relief. In its petition, relator contends that the trial court abused its discretion by refusing to set its motion to transfer venue for hearing and by striking the motion to transfer venue. In its emergency motion, relator seeks to stay the trial specially set for June 10, 2024.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny relator's emergency motion as moot.

/Cory L. Carlyle/
CORY L. CARLYLE
240673F.P05                                           JUSTICE